638 A.2d 134

IN THE MATTER OF EDWARD J. GAFFNEY, JR., AN ATTORNEY AT LAW.

March 10, 1994.

## ORDER

**EDWARD J. GAFFNEY, JR.,** of **NEWTON,** having been ordered to show cause on March 1, 1994, why he should not be immediately temporarily suspended from the practice of law, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **EDWARD J. GAFFNEY, JR.,** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that the Office of Attorney Ethics take such protective action, pursuant to *Rule* 1:20–11(c), as may be appropriate to gain possession and control of the legal files, records, practice and trust assets of **EDWARD J. GAFFNEY, JR.,** wherever situate, pending further Order of this Court; and it is further

ORDERED that **EDWARD J. GAFFNEY, JR.** be restrained and enjoined from practicing law during the period of his suspension and that he comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.